# SEALED

Office of the United States Attorney
District of Nevada
Lloyd D. George Federal Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, NV 89101
(702) 388-6336

```
 1  DANIEL G. BOGDEN
    United States Attorney
 2  Nevada Bar No. 2137
    DANIEL D. HOLLINGSWORTH
 3  Assistant United States Attorney
    Nevada Bar No. 1925
 4  Lloyd D. George United States Courthouse
    333 Las Vegas Boulevard South, Suite 5000
 5  Las Vegas, Nevada 89101
    Telephone: (702) 388-6336
 6  Facsimile: (702) 388-6787 (fax)
    Daniel.Hollingsworth@usdoj.gov
 7  Counsel for the United States of America
```

2013 FEB -8 P 3: 40

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>$158,677.17 in UNITED STATES CURRENCY,<br><br>             Defendant. | 2:12-CV-2125-GMN-(PAL) |
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>$761,515.36 in UNITED STATES CURRENCY,<br><br>             Defendant. | 2:12-CV-2126-JCM-(CWH) |
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>$844,586.92 in UNITED STATES CURRENCY,<br><br>             Defendant. | 2:12-CV-2127-GMN-(CWH) |

**NOTICE OF RELATED CASES¹ OR MOTION FOR AN ORDER REASSIGNING CASES**

The United States of America, by and through Daniel G. Bogden, United States Attorney for the District of Nevada, and Daniel D. Hollingsworth, Assistant United States Attorney, moves this Honorable Court for an Order reassigning the related cases to the same United States District Court Judge and the same United States Magistrate Judge.

*United States v. $158,677.17 in United States Currency*, case number 2:12-CV-2125-GMN-(PAL); *United States v. $761,515.36 in United States Currency*, case number 2:12-CV-2126-JCM-(CWH); and *United States v. $844,586.92 in United States Currency*, case number 2:12-CV-2127-GMN-(CWH) are all related to the criminal case *United States v. Ramon Desage, aka Ramon Abi-Rached, aka Raymond Antoine Abi-Rached*, case number 2:13-CR-039-JCM-(VCF). Based on this, the United States of America requests these three civil forfeiture in rem cases be reassigned to the same judges in the criminal case, United States District Court Judge James C. Mahan and United States Magistrate Judge Cam Ferenbach.

The grounds for reassigning, but not consolidating, the cases are (1) the three civil cases and the criminal case involve the same parties and similar claims; (2) the three civil cases and the criminal case involve the same transactions and the same events; (3) the three civil cases and the criminal case involve the same questions of fact and the same questions of law, and their assignment to the same United States District Court Judge and the same United States Magistrate Judge is likely to effect a substantial savings of judicial effort; and (4) the three civil cases and the criminal case would entail substantial duplication of labor if the actions were heard by different United States District Court

. . .

---

¹ On August 31, 2006, the Court issued General Order No. 2006-05, requiring counsel to file with the Court and to serve on all parties a "Notice of Related Cases" when filing actions that may be related to each other. This order states the Court will determine whether to consolidate the actions. The United States does not want these civil cases consolidated and is only seeking that all actions be assigned to the same United States District Court Judge and the same United States Magistrate Judge.

2

Judges and by different United States Magistrate Judges. These factors meet the requirements the Court gave in determining whether cases are related.

> The Court listed the factors in determining when cases would be considered related:
> (1) both actions involve the same parties and are based on the same or similar claim;
> (2) both actions involve the same property, transaction or event;
> (3) both actions involve similar questions of fact and the same question of law and their assignment to the same District Judge and/or Magistrate Judge is likely to effect a substantial savings of judicial effort, either because the same result should follow in both actions or otherwise; or
> (4) for any other reasons, it would entail substantial duplication of labor if the actions were heard by different District Judge or Magistrate Judge.

General Order 2006-05.

The three civil forfeiture in rem cases and the criminal case are related and should be assigned to the same United States District Court Judge and the same United States Magistrate Judge, but not consolidated. Accordingly, it would be in the interests of judicial economy to reassign the above-named civil cases to the Honorable James C. Mahan and the Honorable Cam Ferenbach.

For the foregoing reasons, the United States of America requests the three civil forfeiture in rem cases be assigned to the same United States District Court Judge and the same United States Magistrate Judge as the criminal case: the Honorable James C. Mahan and the Honorable Cam Ferenbach.

DATED this 8th day of February, 2013.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Daniel D. Hollingsworth

DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

**IT IS SO ORDERED** this 11th day of February, 2013.

_____
Gloria M. Navarro
United States District Judge

3