# FILED UNDER SEAL

**SEALED**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>$158,677.17 in United States Currency,<br><br>    Defendant;<br><br>United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>$761,515.36 in United States Currency,<br><br>    Defendant;<br><br>United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>$844,586.92 in United States Currency,<br><br>    Defendant. | Base Case No.:<br>2:12-cv-02125-JAD-VCF<br><br>Member Case No.:<br>2:12-cv-02126-JAD-VCF<br><br>Member Case No.:<br>2:12-cv-02127-JAD-VCF<br><br>**Order Granting Ex Parte Motion to Extend Seal and Stay of Civil Action**<br><br>[ECF 21] |

    In the Government's sealed status report in response to my sealed minute order for a status report in these consolidated civil cases,[1] the Government requests that I continue to extend the seal and stay of these consolidated civil cases until the pending criminal case [2:13-cr-039-JAD-VCF] is

---

[1] ECF 20.

completed.[2] The criminal case is scheduled to go to trial on January 26, 2016.

Good cause appearing, IT IS HEREBY ORDERED that the Government's ex parte motion to extend the seal and stay of these consolidated civil cases until the criminal case is concluded **[ECF 21] is GRANTED**. The Government is ordered to submit a status report within 30 days after the conclusion of the criminal case.

DATED this 7th day of October, 2015.

_____
Jennifer A. Dorsey
United States District Judge

---

[2] ECF 21 at 6–7.

2