1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# SEALED

Office of the United States Attorney
District of Nevada
Lloyd D. George Federal Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

1  DANIEL G. BOGDEN
   United States Attorney
2  Nevada State Bar No. 2137
   DANIEL D. HOLLINGSWORTH
3  Assistant United States Attorney
   Nevada State Bar No. 1925
4  Lloyd D. George United States Courthouse
   333 Las Vegas Boulevard South, Suite 5000
5  Las Vegas, Nevada 89101
   Daniel.Hollingsworth@usdoj.gov
6  Telephone: (702) 388-6336
   Facsimile: (702) 388-6787
7  Counsel for Plaintiff



FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 2 2 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

8
9              UNITED STATES DISTRICT COURT
10                  DISTRICT OF NEVADA

11  UNITED STATES OF AMERICA,           )
12          Plaintiff,                  )
13     v.                               )
                                        )   Base Case No.:
14  $158,677.17 IN UNITED STATES CURRENCY )  2:12-CV-02125-JAD-(VCF)
                                        )
15          Defendant;                  )   Member Case No.:
                                        )   2:12-CV-02126-JAD-(VCF)
16  UNITED STATES OF AMERICA,           )
                                        )   Member Case No.:
17          Plaintiff,                  )   2:12-CV-02127-JAD-(VCF)
                                        )
18     v.                               )
                                        )
19  $761,515.36 IN UNITED STATES CURRENCY )
                                        )
20          Defendant;                  )
                                        )
21  UNITED STATES OF AMERICA,           )
                                        )
22          Plaintiff,                  )
                                        )
23     v.                               )
                                        )
24  $844,586.92 IN UNITED STATES CURRENCY )
                                        )
25          Defendant.                  )

26        **SEALED EX PARTE MOTION FOR LIMITED UNSEALING**

1     The United States of America moves this Honorable Court for an Order for a limited unsealing of the Civil Complaints for Forfeiture in Rem for the sole purpose of providing the documents to Ramon Desage, Peter Akaragian, and Gary Parkinson for criminal discovery for case number 2:13-CR-039-JAD-(VCF) according to the Fifth Amendment Due Process Clause of the United States Constitution. Otherwise the Seizure Warrant and affidavit will remain sealed.

DATED this 22nd day of October, 2015.

Respectfully submitted,
DANIEL G. BOGDEN
United States Attorney

/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$158,677.17 IN UNITED STATES CURRENCY,<br><br>Defendant; | Base Case No.:<br>2:12-CV-02125-JAD-(VCF) |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$761,515.36 IN UNITED STATES CURRENCY,<br><br>Defendant; | Member Case No.:<br>2:12-CV-02126-JAD-(VCF)<br><br>Member Case No.:<br>2:12-CV-02127-JAD-(VCF)<br><br>**ORDER** |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$844,586.92 IN UNITED STATES CURRENCY,<br><br>Defendant. | |

The United States' Ex Parte Motion for Limited Unsealing is **GRANTED** for the purpose of providing the Complaints for Forfeiture in Rem to Ramon Desage, Peter Akaragian, and Gary Parkinson for criminal discovery. It is further Ordered that the cases will remain sealed.

DATED this 23rd day of October, 2015.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

3