UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$158,677.17 in United States Currency, $761,515.36 in United States Currency, and $844,586.92 in United States Currency,<br><br>Defendant. | 2:12-CV-2125-JAD-VCF<br>2:12-CV-2126-JAD-VCF<br>2:12-CV-2127-JAD-VCF<br><br>**Order to Unseal and to Lift the Stay** |

The United States' Ex Parte Motion to Unseal and to Lift Stay and for Service of Process in the Civil Action is **GRANTED**.

DATED: 11/21/2019

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE