| | |
|---|---|
| 1 | NICHOLAS A. TRUTANICH<br>United States Attorney |
| 2 | District of Nevada<br>Nevada Bar Number 13644 |
| 3 | DANIEL D. HOLLINGSWORTH<br>Assistant United States Attorney |
| 4 | Nevada Bar No. 1925<br>501 Las Vegas Boulevard South, Suite 1100 |
| 5 | Las Vegas, Nevada 89101<br>(702) 388-6336 |
| 6 | Daniel.Hollingsworth@usdoj.gov<br>Attorneys for the United States |



UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:12-CV-2125-JAD-VCF<br>2:12-CV-2126-JAD-VCF |
|---|---|
| Plaintiff, | 2:12-CV-2127-JAD-VCF |
| v. | **Amended Order for Summons and Warrant of Arrest in Rem for the Property and Notice** |
| $158,677.17 in United States Currency,<br>$761,515.36 in United States Currency, and<br>$844,586.92 in United States Currency, | |
| Defendants. | |

An Amended Complaint for Forfeiture in Rem arising from a federal statute has been filed by the United States of America pursuant to Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (Fed. R. Civ. P. Supp. Rule) G. The Court, having reviewed the Amended Complaint, has found probable cause and that the United States has possession of the defendant property; therefore, the clerk shall issue Amended Summons and Warrant of Arrest in Rem for the Property, pursuant to Fed. R. Civ. P. Supp. Rule G(3)(b).

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that an Amended Summons and Warrant of Arrest in Rem issue against the following: $158,677.17 in United States Currency, $761,515.36 in United States Currency, and $844,586.92 in United States Currency (all of which constitute property);

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that notice of the action and the arrest be given by the United States on the United States' official internet

forfeiture site, www.forfeiture.gov, for at least 30 consecutive days pursuant to Fed. R. Civ. P. Supp. Rule G(4)(a)(iv) which is reasonably calculated to notify potential claimants of this action;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that a copy of the Amended Complaint for Forfeiture In Rem, this Order, the Amended Summons and Warrant of Arrest in Rem for the Property, and the Notice of Amended Complaint for Forfeiture and Arrest be personally served or sent by certified mail, return receipt requested, and regular mail to any person who reasonably appears to be a potential claimant on facts known to the United States before the end of the 60 day publication period which is reasonably calculated to notify potential claimants of this action;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the United States shall file proof of publication and service with the Clerk of this Court;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that a person or an entity who asserts an interest in the defendant property must, pursuant to Fed. R. Civ. P. Supp. Rule G(5), file a verified claim, setting forth the person's or its interest in the property, that (a) identifies the specific property claimed, (b) identifies the claimant and states the claimant's interest in the property, and (c) is signed by the claimant under penalty of perjury pursuant to 28 U.S.C. § 1746;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the person or entity must file the verified claim with the Clerk of the above-entitled Court no later than 35 days after the notice is sent or, if direct notice was not sent, no later than 60 days after the first day of publication on the official internet government forfeiture site, www.forfeiture.gov;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the person or entity must file an answer to the Amended Complaint for Forfeiture in Rem or a motion under Rule 12 with the Clerk of the Court, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, NV 89101, no later than 21 days after filing the verified claim;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the person or entity must serve a copy of the verified claim and the answer at the time of each filing on Daniel D. Hollingsworth, Assistant United States Attorney, 501 Las Vegas Boulevard South, Suite 1100, Las Vegas, Nevada 89101.

Failure to file a verified claim and an answer within the prescribed times shall result in a judgment of forfeiture by default.

DATED November 21, 2019.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE