NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
Attorneys for the United States

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>$158,677.17 in United States Currency;<br>$761,515.36 in United States Currency; and<br>$844,586.92 in United States Currency,<br><br>        Defendants. | 2:12-CV-2125-JAD-VCF<br>2:12-CV-2126-JAD-VCF<br>2:12-CV-2127-JAD-VCF<br><br>**Stipulation for Entry of Judgment of Forfeiture as to Yakov "Jacob" Hefetz and Order**<br><br>ECF No. 46 |

The United States and Yakov "Jacob" Hefetz and his counsel, H. Stan Johnson, agree as follows:

1.  This case is a civil forfeiture action seeking to forfeit $158,677.17, $761,515.36, and $844,586.92 under 18 U.S.C. § 981(a)(1)(A) and 981(a)(1)(C).

2.  Yakov "Jacob" Hefetz knowingly and voluntarily agrees to the civil judicial forfeiture of the $158,677.17, $761,515.36, and $844,586.92.

3.  Yakov "Jacob" Hefetz knowingly and voluntarily agrees to forfeit the $158,677.17, $761,515.36, and $844,586.92 to the United States.

4.  Yakov "Jacob" Hefetz knowingly and voluntarily agrees to relinquish all possessory rights, ownership rights, and all rights, titles, and interests in the $158,677.17, $761,515.36, and $844,586.92.

///

///

5.  Yakov "Jacob" Hefetz knowingly and voluntarily agrees to waive his right to any civil judicial forfeiture proceedings (proceedings) concerning the $158,677.17, $761,515.36, and $844,586.92.

6.  Yakov "Jacob" Hefetz knowingly and voluntarily agrees to waive service of process of any and all documents filed in this action or any proceedings concerning the $158,677.17, $761,515.36, and $844,586.92 arising from the facts and circumstances of this case.

7.  Yakov "Jacob" Hefetz knowingly and voluntarily agrees to waive any further notice to him, his agents, or his attorney regarding the forfeiture and disposition of the $158,677.17, $761,515.36, and $844,586.92.

8.  Yakov "Jacob" Hefetz knowingly and voluntarily agrees not to file any claim, answer, petition, or other documents in any proceedings concerning the $158,677.17, $761,515.36, and $844,586.92.

9.  Yakov "Jacob" Hefetz knowingly and voluntarily agrees to withdraw any claims, answers, counterclaims, petitions, or other documents he filed in any proceedings concerning the $158,677.17, $761,515.36, and $844,586.92.

10.  Yakov "Jacob" Hefetz knowingly and voluntarily agrees to waive the statute of limitations, the CAFRA requirements, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions A, C, E, and G, 18 U.S.C. § 983, the constitutional requirements, and the constitutional due process requirements of any forfeiture proceedings concerning the $158,677.17, $761,515.36, and $844,586.92 .

11.  Yakov "Jacob" Hefetz knowingly and voluntarily agrees to waive his right to a trial on the forfeiture of the $158,677.17, $761,515.36, and $844,586.92.

12.  Yakov "Jacob" Hefetz knowingly and voluntarily agrees to waive (a) all constitutional, legal, and equitable defenses to, (b) any constitutional or statutory double jeopardy defense or claim concerning, and (c) any claim or defense under the Eighth Amendment to the United States Constitution, including, but not limited to, any claim or

///

2

defense of excessive fines or cruel and unusual punishments in any proceedings concerning the $158,677.17, $761,515.36, and $844,586.92.

13. Yakov "Jacob" Hefetz knowingly and voluntarily agrees to the entry of a Judgment of Forfeiture of the $158,677.17, $761,515.36, and $844,586.92 to the United States.

14. Yakov "Jacob" Hefetz Waives the right to appeal any Order of Forfeiture.

15. Yakov "Jacob" Hefetz understands that the forfeiture of the $158,677.17, $761,515.36, and $844,586.92 shall not be treated as satisfaction of any assessment, restitution, fine, cost of imprisonment, or any other penalty.

16. Yakov "Jacob" Hefetz knowingly and voluntarily agrees to the conditions set forth in this Stipulation for Entry of Judgment of Forfeiture as to Yakov "Jacob" Hefetz and Order (Stipulation).

17. Yakov "Jacob" Hefetz knowingly and voluntarily agrees to hold harmless the United States, the United States Department of Justice, the United States Attorney's Office for the District of Nevada, the Internal Revenue Service, the Department of the United States Treasury, their agencies, their agents, and their employees from any claim made by Yakov "Jacob" Hefetz or any third party arising out of the facts and circumstances of this case.

18. Yakov "Jacob" Hefetz knowingly and voluntarily releases and forever discharges the United States, the United States Department of Justice, the United States Attorney's Office for the District of Nevada, the Internal Revenue Service, the Department of the United States Treasury, their agencies, their agents, and their employees from any and all claims, rights, or causes of action of any kind that Yakov "Jacob" Hefetz now has or may hereafter have on account of, or in any way growing out of, the seizures and the forfeitures of the property in the civil judicial forfeiture.

19. Each party acknowledges and warrants that its execution of the Stipulation is free and is voluntary.

20. The Stipulation contains the entire agreement between the parties.

3

21.  Except as expressly stated in the Stipulation, no party, officer, agent, employee, representative, or attorney has made any statement or representation to any other party, person, or entity regarding any fact relied upon in entering into the Stipulation, and no party, officer, agent, employee, representative, or attorney relies on such statement or representation in executing the Stipulation.

22.  The persons signing the Stipulation warrant and represent that they have full authority to execute the Stipulation and to bind the persons and/or entities, on whose behalf they are signing, to the terms of the Stipulation.

23.  This Stipulation shall be construed and interpreted according to federal forfeiture law and federal common law. The jurisdiction and the venue for any dispute related to, and/or arising from, this Stipulation is the unofficial Southern Division of the United States District Court for the District of Nevada, located in Las Vegas, Nevada.

24.  Each party shall bear his or its own attorneys' fees, expenses, costs, and interest.

25.  This Stipulation shall not be construed more strictly against one party than against the other merely by virtue of the fact that it may have been prepared primarily by counsel for one of the parties; it being recognized that both parties have contributed substantially and materially to the preparation of this Stipulation.

///
///
///
///
///
///
///
///
///
///
///

IT IS HEREBY CERTIFIED, pursuant to 28 U.S.C. § 2465(a)(2), that there was reasonable cause for the seizure and forfeiture of the $158,677.17, $761,515.36, and $844,586.92.

DATED: *3-3-2020*                DATED: _____

COHEN, JOHNSON, PARKER,          NICHOLAS A. TRUTANICH
EDWARDS                          United States Attorney


_____          _____
H. STAN JOHNSON                  DANIEL D. HOLLINGSWORTH
Counsel for Yakov "Jacob" Hefetz Assistant United States Attorney

DATED: *3-3-2020*


_____
YAKOV "JACOB" HEFETZ

IT IS HEREBY CERTIFIED, pursuant to 28 U.S.C. § 2465(a)(2), that there was reasonable cause for the seizure and forfeiture of the $158,677.17, $761,515.36, and $844,586.92.

DATED: _____     DATED: _____March 4, 2020_____

COHEN, JOHNSON, PARKER,          NICHOLAS A. TRUTANICH
EDWARDS                          United States Attorney

_____            /s/ Daniel D. Hollingsworth
H. STAN JOHNSON                  DANIEL D. HOLLINGSWORTH
Counsel for Yakov "Jacob" Hefetz Assistant United States Attorney

DATED: _____


_____
YAKOV "JACOB" HEFETZ



**IT IS SO ORDERED.  IT IS FURTHER ORDERED that the Government has until 3/23/2020 to advise the court whether this action may be closed and, if not, what remains to be resolved.**


_____
UNITED STATES DISTRICT JUDGE

DATED: ____3-13-2020_____