1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada Bar Number 13644
3  DANIEL D. HOLLINGSWORTH
   Assistant United States Attorney
4  Nevada Bar No. 1925
   501 Las Vegas Boulevard South, Suite 1100
5  Las Vegas, Nevada 89101
   (702) 388-6336
6  Daniel.Hollingsworth@usdoj.gov
   Attorneys for the United States
7

8

9

10 **UNITED STATES DISTRICT COURT**
   **DISTRICT OF NEVADA**
11

12 | UNITED STATES OF AMERICA,                                    | 2:12-CV-2125-JAD-VCF |
   |                                                              | 2:12-CV-2126-JAD-VCF |
13 |                 Plaintiff,                                   | 2:12-CV-2127-JAD-VCF |
   |                                                              |  **Order Granting** |
14 |        v.                                                    | **William Richardson's and Harvey Vechery's Unopposed Motion to Extend Time to File Richardson's Rule 12(b) Motion or Answer and Vechery's Judicial Claim and Rule 12(b) Motion or Answer (Second Extension)** |
15 | $158,677.17 in United States Currency, | |
   | $761,515.36 in United States Currency, and | |
16 | $844,586.92 in United States Currency, | |
   |                                                              | ECF No. 51 |
17 |                 Defendants.                                  | |

18      This Motion to Extend Time is the second request. LR IA 6-1.

19      William Richardson (Richardson) and Harvey Vechery (Vechery) requested the first

20 extension to, and including, April 20, 2020, ECF No. 35. This Court granted the extension,

21 ECF No. 38. Richardson and Vechery respectfully move this Court for a Second Order

22 extending the time for Richardson to file his Rule 12(b) Motion or Answer and for Vechery

23 to file his Judicial Claim and Rule 12(b) Motion or Answer to and including June 30, 2020.

24 The parties hope the settlement can be completed before that date. The reason is the

25 government, Richardson, and Vechery have made progress in settling the civil forfeiture in

26 rem action and the criminal litigation. The next step in the settlement process is that based

27 on Richardson's signed Stipulation and Petition for Remission and Mitigation under the

28 exclusive executive branch procedure for potential settlement only, Vechery's signed

Stipulation and Petition for Remission and Mitigation under the exclusive executive branch procedure for potential settlement only, the government will prepare documents and memorandums that have five levels of review that ends with the Chief of Money Laundering Asset Recovery Section, Criminal Division, United States Department of Justice, for preapproval of the exclusive executive branch Petitions for Remission and Mitigation in the civil forfeiture case.[1]

For the first extension of time, the government consented to the extension of time at the request of David Chesnoff, counsel for Richardson, on December 18, 2019, and consented to the extension of time at the request of Patricia Lee, counsel for Vechery, on December 23, 2019.

The government consented to this second extension of time as requested by Patricia Lee for Vechery and David Chesnoff for Richardson on April 14, 2020.

This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

This Court should grant an extension of time to, and including, June 30, 2020.

Dated: April 15, 2020.

NICHOLAS A. TRUTANICH
United States Attorney
/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

DATED: 4-24-2020

*nunc pro tunc to 4-20-2020*

---

[1] 21 U.S.C. § 853(i)(1); 18 U.S.C. §§ 981(e)(6) and 1963(g)(1); *MacInnes*, 223 F. App'x at 553 n.3 (explaining that the statutes and the CFR authorize the attorney general to determine whether to provide relief to victims); *United States v. Carter*, 742 F.3d 440, 446 (9th Cir. 2014) (explaining that "the Government may choose to assign forfeited proceeds to victims …."); *DSI*, 496 F.3d at 181-82; 28 CFR Part 9; *see Government's Response*, ECF No. 373, *to Harvey Vechery's Motion to Intervene*, ECF No. 361.